**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-569


MASSACHUSETTS BAY INSURANCE COMPANY

VERSUS

SADIE C. MORINO, ET AL.


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 182,809,
HONORABLE HARRY F. RANDOW, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


**MICHAEL G. SULLIVAN**
**JUDGE**


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.


**AFFIRMED.**


Stephen M. Whitlow
Attorney at Law
Post Office Box 1151
Baton Rouge, Louisiana  70821
(225) 383-3796
Counsel for Plaintiff/Appellee:
        Massachusetts Bay Insurance Company

Paul M. Lafleur
Hughes & Lafleur
Post Office Box 1831
Alexandria, Louisiana  71309-1831
(318) 443-4090
Counsel for Defendant/Appellant:
        Sadie C. Morino

**Brenda L. Mistrot**
**Law Office of Nan M. Landry**
**2014 West Pinhook Road, Suite 403**
**Lafayette, Louisiana  70508**
**(337) 234-7200**
**Counsel for Defendant/Appellant:**
    **Jean Kaplan**